# EXHIBIT A



**adelphia supply USA**

TEL: 800-707-4083    FAX: 718-208-4004    WEB: WWW.ADELPHIASUPPLY.COM

# Hot Deals!!

| Item | Price | | Item | Price |
|---|---|---|---|---|
| Ultra 50's *(Mail Order)* | $52.95 | | Ultra 50's *USA Retail* | $58.95 |
| Unistrip 50's (generic ultra) | $11.95 | | Ultra 100's *USA Retail* | $109.95 |
| | | | One Touch Verio 50's *Retail* | $58.95 |
| | | | One Touch Verio 100's *Retail* | $109.95 |



**PRILOSEC OTC**
14's $8.25
28's $16.50
42's $19.95



**NEW!!**
Digital Thermometer
Infrared Ear $14.50
Oral / Rectal / Underarm $3.99

**Great Features:**
Fast Reading, Fever Alarm, Memory Function etc.



**Hot Item!**
**ABREVA**
**2.0g**
**TUBE/PUMP**
*$13.95*

| Item | Price | | Item | Price |
|---|---|---|---|---|
| Breeze 2 50's (Ins) | $14.95 | | Contour 50's (DME) | $14.95 |
| Breeze 2 50's (Retail) | $46.95 | | Contour 50's (Retail) | $46.95 |
| Breeze 2 100's (Retail) | $88.95 | | Contour 100's (Retail) | $88.95 |
| Freestyle Insulinx 50's (Retail) | $53.95 | | Contour Next 50's | $14.95 |
| Freestyle Insulinx 100's (Retail) | $105.95 | | Contour Next 50's (Retail) | $34.95 |
| Freestyle 50's (Ins) | $46.95 | | Contour Next 100's (Retail) | $69.95 |
| Freestyle 100's (Retail) | $112.00 | | Aviva Plus 50's | $54.95 |
| Freestyle Lite 50's | $55.95 | | Aviva Plus 50's (Retail) | $68.95 |
| Freestyle Lite 50's (Retail) | $68.95 | | Aviva Plus 100's (Retail) | $129.95 |
| Freestyle Lite 100's (Retail) | $129.95 | | Flonase OTC 120 | $18.95 |
| Smartview 50's (Retail) | $68.95 | | Flonase OTC 60 | $12.95 |
| Smartview 50's | $54.95 | | Precision Xtra 50's | $39.95 |
| | | | True Test 50's | $12.95 |
| | | | True Track 50's | $9.95 |
| | | | True Result Meter Kit | $12.95 |
| | | | Nexium 42's OTC | $19.95 |
| | | | Mucinex DM 40 | $13.50 |
| | | | Prevacid 42's | $19.95 |
| | | | Arm Blood Pressure Monitor | $24.95 |
| | | | Blood Pressure Monitor **SALE!** | $18.95 |
| | | | Wrist Blood Pressure Monitor | $19.95 |
| | | | Lancets 28g | .99¢ |
| | | | Lancets 30g | $1.50 |
| | | | Alcohol Swabs 100's | .99¢ |

If you have received this fax in error and want to be removed from our list Please fax 775-908-1980
we accept all major credit cards. FREE SHIPPING ON ORDERS OVER $450.00 Sale Price Ends 9/2/2016