UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.1
Eastern Division

Bolling Prescription Lab, Inc.
                              Plaintiff,

v.                                              Case No.: 1:17–cv–01485
                                                Honorable Manish S. Shah

Adelphia Supply USA, INC., et al.
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, February 15, 2018:

  MINUTE entry before the Honorable Manish S. Shah: Motion hearing held. The motion to withdraw as counsel [21] is granted. Caleb S. Frigerio is terminated as counsel for plaintiff, and no appearance on 2/22/18 is necessary. For the reasons stated in open court, plaintiff's motion for judgment and prove up [18] is granted in part. Statutory damages are awarded in the amount of $42,000. No injunctive relief is granted. Enter judgment in favor of plaintiff and against defendants in the amount of $42,000. Civil case terminated. Notices mailed. (psm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.