# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

Bolling Prescription Lab, Inc.,

Plaintiff(s),

v.

Adelphia Supply USA, Inc., et al.,

Defendant(s).

Case No. 17-cv-01485
Judge Manish Shah

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $          ,

which ☐ includes $ pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)
and against plaintiff(s)

.

Defendant(s) shall recover costs from plaintiff(s).

☒ other: in favor of plaintiff Bolling Prescription Lab, Inc. and against defendants Adelphia Supply USA, INC., Yudah Neuman, and Reuven Sobel in the amount of $42,000 in statutory damages.

This action was *(check one)*:

☐ tried by a jury with Judge Manish Shah presiding, and the jury has rendered a verdict.
☐ tried by Judge Manish Shah without a jury and the above decision was reached.
☒ decided by Judge Manish Shah on a motion.

Date: 2/15/2018

Thomas G. Bruton, Clerk of Court

Susan McClintic , Deputy Clerk